FOR

724     In re Hijacking of Pan American World Airways, Inc. Aircraft
        at Karachi International Airport, Pakistan, on September
        5, 1986

| | | |
|---|---|---|
| 87/01/29 | 1 | MOTION/BRIEF, SCHEDULE OF ACTIONS AND CERTIFICATE OF SERVICE -- Defendants Pan American World Airways, Inc. -- SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF NEW YORK, SUGGESTED TRANSFEREE JUDGE? (paa) |
| 87/01/29 | 2 | LETTER REQUESTING HEARING AT NEXT PANEL MEETING -- Defendants Pan American World Airways, Inc. -- w/cert. of svc. (paa) |
| 87/02/09 | | APPEARANCES:  EDWARD C. DEVIVO, ESQ. for Pan American World Airways, Inc. et al., Pan american World Services, Inc.;MOSES LEBOVIT, ESQ. for George Mathai, Mary George, Pretty and Priya George; WILLIAM T. LIDDELL, ESQ. for Mary Mulloor, Gary Mulloor, Thomachan Muloor and Boby Mulloor; LIPSIG, SULLIVAN & LIAPAKIS, P.C. for Lajpat Rai Jasuja. (tmq) |
| 87/02/11 | 3 | AMENDMENT TO MOTION -- Pan American World Airways, Inc. -- to add two additional actions (A-6 Nadya Hussain, etc. v. Pan American World Airways, Inc., S.D. New York, C.A. No. 87-Civ-0348 and A-7 Ganga Bahn, etc. v. Pan American World Airways, Inc., S.D. New York, 87-Civ-0547) -- w/cert. of svc. (tmq) |
| 87/02/12 | 4 | RESPONSE (to pldg. #1) plfts. Mehra & Joshi -- w/cert. of svc. (tmq) |
| 87/02/13 | 5 | INTERESTED PARTY RESPONSE (to pldge. #1) -- Faraidoon Oshtory -- w/cert. of svc. (tmq) |
| 87/02/13 | 6 | RESPONSE (to pldg. #1) -- Plft. Pretty George, et al. -- w/cert. of svc. (tmq) |
| 87/02/13 | 7 | NOTICE OF RELATED ACTION -- Pan American World Airways, Inc., -- Faraidoon Oshtory v. Pan American World Airways, Inc., et al. C.A. No. 87-867RG(JRX)' -- w/cert. of svc. (tmq) |
| 87/02/24 | 8 | RESPONSE (to pldg.#1) -- Deft. Pan American World Airways, Inc. -- w/cert. of svc. (tmq) |
| 87/02/19 | | HEARING ORDER -- Setting motion for transfer for Panel Hearing on March 26, 1987 in San Diego, California  (cds) |
| 87/02/26 | 9 | RESPONSE (to pldg. #3) -- Ganga Bahn, et al. -- w/cert. of svc. (tmq) |

JPML FORM 1A

*p. 2*

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *724* -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/02/26 | 10 | RESPONSE (to pldg. #1) -- Mary Mulloor, et al. -- w/cert. of svc. (tmq) |
| 87/03/10 | 11 | NOTICE OF FOUR RELATED ACTIONS -- deft. Pan American World Airways, Inc. -- w/service (cds) |
| 87/03/13 | 12 | INTERESTED PARTY RESPONSE -- pltfs. in Sadanand Singh, et al. v. Pan American World Airways, Inc., et al., S.D. California, #87-0246E (IEG) -- w/Exhibit and cert. of service (cds) |
| 87/03/19 | 13 | NOTICE OF RELATED (FIVE) ACTIONS -- deft. Pan American World Airways, Inc. -- w/service (cds) |
| 87/03/20 | 14 | INTERESTED PARTY RESPONSE -- pltfs. in five C.D. California actions -- w/cert. of service (cds) |
| 87/03/24 | | HEARING APPEARANCES: (3/26/87) -- MARC S. MOLLER, ESQ. for Dilip Joshi, et al.;H. JOHANNES GALLEY, ESQ. for Ganga Bahn, etc.; WILLIAM T. LIDDELL, ESQ. for Mary Mullor, et al.; MOSES LEBOVITS, ESQ. for Pretty George, et al. (tmq) |
| 87/03/26 | . | WAIVERS OF ORAL ARGUMENT FOR 3/26/87 HEARING SAN DIEGO, CALIFORNIA -- ALL WAIVE (tmq) |
| 87/03/26 | 15 | INTERESTED PARTY RESPONSE -- pltfs in Hara Gopal, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. CV-87-964 -- w/Exhibit and cert. of service (cds) |
| ~~87/03/26~~ | | ~~WAIVERS OF ORAL ARGUMENT FOR 3/26/87 HEARING SAN DIEGO, CALIFORNIA -- ALL WAIVE (tmq)~~ |
| 87/04/07 | | APPEARANCE: MICHAEL A.K. DAN, ESQ. for Arun Athavale, Prabu N. Manghani, et al., Manjula S. Patel, et al., Thakorbahi Patel, et al., Brigadier P.L. Handa, et al., Rekha P. Kumar, et al., Siddartha Reddy, etc., and Faraidoon Oshtory (cds) |
| 87/04/07 | | CONSENT OF TRANSFEREE COURT -- for transfer of actions to S.D. New York, before Judge Sprizzo (cds) |
| 87/04/07 | | TRANSFER ORDER (re A-1 through A-18) -- transferring actions to the S.D. of New York before the Honorable John E. Sprizzo -- notified involved judges, clerks, counsel and misc. recipients (cds) |

p. 3

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 724 -- IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT
AT KARACHI INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/04/15 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-19 thru B-31 -- B-19 Bhandari, B-20 Shah, B-21 Parikh, B-22 Urmila Parikh, B-23 Nilima Shah, B-24 Dumas, B-25 Sanchala, B-26 Jyotsna Bhandari, B-27 Sharon Bhandari, B-28 Yashwant S. Bhandari, B-29 Singh, B-30 Peddi, B-31 Udeshi -- NOTIFIED INVOLVED JUDGES & COUNSEL.   paa |
| 87/04/28 | | CONDTIONAL TRANSFER ORDERS FILED TODAY -- B-32 Gopal; B-33 Alturi; B-34 Shah; B-35 Campos; B-36 Ebrahim; B-37 Sanjay Patel; B-38 Begum; B-39 Bhat; B-40 Dawson -- NOTIFIED INVOLVED COUNSEL AND JUDGES  (paa) |
| 87/04/29 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-41 thru B-44 -- B-41 A. Rajasimha; B-42 Kyshore Murthy; B-43 Ganesh Hedge; B-44 Suhail Ahmed -- NOTIFIED INVOLVED JUDGES & COUNSEL (paa) |
| 87/05/01 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-19 thru B-31 -- B-19 Bhandari, B-20 Shah, B-21 Parikh, B-22 Urmila Parikh, B-23 Nilima Shah, B-24 Dumas, B-25 Sanchala, B-26 Jyotsna Bhandari, B-27 Sharon Bhandari, B-28 Yashwant S. Bhandari, B-29 Singh, B-30 Peddi, B-31 Udeshi -- NOTIFIED INVOLVED CLERKS & JUDGES  (paa) |
| 87/05/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-45 Gayatri Dave, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-2278 PAR (Tx) -- Notified involved counsel and judges (rh) |
| 87/05/14 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-32 thru B-40 -- B-32 Gopal; B-33 Alturi; B-34 Shah; B-35 Campos; B-36 Ebrahim; B-37 Sanjay Patel; B-38 Begum; B-39 Bhat; B-40 Dawson -- NOTIFIED INVOLVED CLERKS & JUDGES.  (paa) |
| 87/05/15 | | CONDTIONAL TRANSFER ORDERS FINAL TODAY -- B-41 thru B-44 -- B-41 A. Rajasimha; B-42 Kyshore Murthy; B-43 Ganesh Hedge; B-44 Suhail Ahmed -- NOTIFIED INVOLVED CLERKS & JUDGES  (paa) |
| 87/05/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-45 Gayatri Dave, et al. v. Pan American World Airways, Inc., et al., C.D., California, C.A. No. 87-2278 PAR (TX) -- Notified involved clerks and Judges.  (paa) |

B: 4-

| | |
|---|---|
| 87/06/24 | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-46 Shekhar Mitra, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-01925-TJH(Px) -- Notified involved counsel and judges (rh) |
| 87/07/02 | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-47 Nayan Pancholi v. Pan American World Airways, Inc., N.D. Illinois, C.A. No. 87-C-4828 -- Notified involved counsel and judges (rh) |
| 87/07/10 | CONDITIONAL TRANFER ORDER FINAL TODAY -- C-46 Shekhar Mitra, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-01925-TJH(Px) -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 87/07/20 | CONDITONAL TRANSFER ORDER FINAL TODAY -- C-47 Nyan Pancholi v. Pan American World Airways, Inc., N.D. Illinois, C.A. No. 87-C-4828 -- NOTIFIED INVOVLED JUDGES AND CLERKS (cds) |
| 87/09/28 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-48 Ranjanben Patel, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-03999 ER (Bx); C-49 Jasmine Asher, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-04588 JMI (Bx) and C-50 Khanjan Dalal, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-04589 RMT (GHKx) -- Notified involved counsel and judges (rh) |
| 87/10/14 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-48 Ranjanben Patel, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-03999 ER (Bx); C-49 Jasmine Asher, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-04588 JMI (Bx) and C-50 Khanjan Dalal, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-04589 RMT (GHKx) -- Notified involved counsel, judges and clerks. (tmq) |

p. 5

724   IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT

AT KARACHI, INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5,1986

87/11/06   CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-58 Nanubhai
Vyas, et al. v. Pan American World Airways, Inc., et al.,
C.D. California, C.A. No. 87-05412-TJH-(Bx); C-59 Ali Hashim
Rizvi, et al. v. Pan American World Airways, Inc., et al.,
C.D. California, C.A. No. 87-05594-TJH-(Bx); C-60 Hardyal
Mehta, et al. v. Pan American World Airways, Inc., et al.,
C.D. California, C.A. No. 87-05858-TJH-(Bx); C-61 Krishnaveni
Thanikaimoni, et al. v. Pan American World Airways, Inc., et
al., C.D. California, C.A. No. 87-05890-TJH (Tx); C-62 Syed
Hamid, et al. v. Pan American World Airways, Inc., et al.,
C.D. California, C.A. No. 87-05914-TJH-(BX); C-63 Malik
Netrakanti, et al. v. Pan American World Airways, Inc., et
al., C.D. California, C.A. No. 87-05925-TJH-(Bx); and C-64
Mohammad Tariq, et al. v. Pan American World Airways, Inc.,
et al., N.D. Ohio, C.A. No. C87-2395 -- NOTIFIED INVOLVED
JUDGES AND COUNSEL -- (paa)

87/11/19   CONDITONAL TRANSFER ORDER FILED TODAY -- C-65 Madhu Dave, et
al. v. Pan American World Airways, Inc., W.D. Oklahoma, C.A.
No. CIV-87-1809-P -- Notified involved counsel and judges.
(tmq)

87/11/24   CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-58 Nanubhai
Vyas, et al. v. Pan American World Airways, Inc., et al.,
C.D. California, C.A. No. 87-05412-TJH-(Bx); C-59 Ali Hashim
Rizvi, et al. v. Pan American World Airways, Inc., et al.,
C.D. California, C.A. No. 87-05594-TJH-(Bx); C-60 Hardyal
Mehta, et al. v. Pan American World Airways, Inc., et al.,
C.D. California, C.A. No. 87-05858-TJH-(Bx); C-61 Krishnaveni
Thanikaimoni, et al. v. Pan American World Airways, Inc., et
al., C.D. California, C.A. No. 87-05890-TJH (Tx); C-62 Syed
Hamid, et al. v. Pan American World Airways, Inc., et al.,
C.D. California, C.A. No. 87-05914-TJH-(BX); C-63 Malik
Netrakanti, et al. v. Pan American World Airways, Inc., et
al., C.D. California, C.A. No. 87-05925-TJH-(Bx); and C-64
Mohammad Tariq, et al. v. Pan American World Airways, Inc.,
et al., N.D. Ohio, C.A. No. C87-2395 -- NOTIFIED INVOLVED
JUDGES AND CLERKS  (cds)

87/12/01   CONDITONAL TRANSFER ORDER FILED TODAY -- C-66 Nagin Patel, et
al. v. Pan American World Airways, Inc., et al., C.D.
California, C.A. No. 87-05844-TJH (BX) -- Notified involved
counsel and judges. (tmq)

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 724 -- IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT
AT KARACHI, INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/12/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-67 Dr. Ramesh V. Bhat v. Pan American World Airways, Inc., et al., C.D. California, C.A. NO. 87-05665 -- Notified involved counsel and judges. (tmq) |
| 87/12/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-65 Madhu Dave, et al. v. Pan American World Airways, Inc., W.D. Oklahoma, C.A. No. CIV-87-1809-P -- Notified invoved judges and clerks (rh) |
| 87/12/17 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-66 Nagin Patel, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-05844-TJH (Bx) -- Notified involved judges and clerks (rh) |
| 87/12/21 | | CONDTIONAL TRANSFER ORDERS FILED TODAY -- C-68 Mazherullah Baig, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. CV-87-05876KN(Kx), C-69 Bakul Shah, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. CV-87-05974TJH(Bx) -- Notified involved counsel and judges. (tmq) |
| 87/12/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-67 Dr. Ramesh V. Bhat v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-05665 -- Notified invovled counsel and judges. (tmq) |
| 88/01/06 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-68 Mazherullah Baig, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. CV-87-05876KN(Kx), C-69 Bakul Shah, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. CV-87-05974TJH(Bx) -- NOTIFIED INVOLVED JUDGES & CLERKS. (paa) |
| 88/01/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-70 Vinod Dave, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-06616-R -- Notified involved counsel and judges (rh) |
| 88/01/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-70 Vinod Dave, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-06616-R -- Notified involved judges and clerks. (paa) |

724      In re Hijacking of Pan American World Airways, Inc. Aircraft
         at Karachi International Airport, Pakistan, on September 5, 1986

88/03/04        CONDITIONAL TRANSFER ORDER FILED TODAY -- C-71 Shikha Mittra,
                et al. v. Pan American World Airways, Inc., et al., E.D.
                Michigan, C.A. No. 88-CV-70197-DT -- Notified invovled judges
                and counsel (paa)

88/03/22        CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-71 Shikha Mittra,
                et al. v. Pan American World Airways, Inc., et al., E.D.
                Michigan, C.A. No. 88-CV-70197-DT -- Notified invlved judges
                and clerks (cds)

88/04/25        CONDITIONAL TRANSFER ORDER FILED TODAY -- D-75 Kusum Naik, et
                al. v. Pan American World Airways, Inc., et al.,
                C.D.California, C.A. No. CV-87-04833 RSWL(Bx) -- Notified
                involved judges and counsel.  (ds)

88/05/04        CONDITIONAL TRANSFER ORDER FILED TODAY -- D-76 Susan Kurian,
                etc. v. Pan American World Airlines, et al., N.D. Illinois,
                C.A. No. 88-C-2828 -- Notified involved counsel and judges
                (rh)

88/05/11        CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-75 Kusum Naik, et
                al. v. Pan American World Airways, Inc., et al., C.D.
                California, C.A. No. CV-87-04833 RSWL(BxO) -- Notified
                involved judges and clerks  (cds)

88/05/20        CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-76 Susan Kurian,
                etc. v. Pan American World Airlines, et al., N.D. Illinois,
                C.A. No. 88-C-2828 -- Notified involved judges and clerks
                (ds)

88/05/26        CONDITIONAL TRANSFER ORDERS FILED TODAY -- E-80 Sundareson,
                etc.v. Pan American World Airways, Inc., et al., N.D. Ill.,
                C.A. No. 88-C-2827; E-81 Kurumthottathil, et al. v. Pan
                American World Airways, et al, N.D. Ill., C.A. No. 88-C-3713;
                E-82 Amin v. Pan American World Airways, Inc., W.D.N.Y., C.A.
                No. CIV-88-0384-C -- Notified involved counsel and judges.
                (ds)

88/06/13        CONDITIONAL TRANSFER ORDERS FINAL TODAY -- E-80 Sundareson,
                etc.v. Pan American World Airways, Inc., et al., N.D. Ill.,
                C.A. No. 88-C-2827; E-81 Kurumthottathil, et al. v. Pan
                American World Airways, et al, N.D. Ill., C.A. No. 88-C-3713;
                E-82 Amin v. Pan American World Airways, Inc., W.D.N.Y., C.A.
                No. CIV-88-0384-C -- Notified involved judges and clerks
                (cds)

JPML FORM 1A                                                          p. 8

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __724-__ _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/07/13 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- **F-83** Sheshank Seafoods Private Ltd. v. Pan American World Airways, et al., C.D. California, C.A. No. 87-05973 TJH (Bx); and **F-84** Surinder Singh Ahluwalia, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-03916-TJH (Bx) -- Notified involved judges and counsel  (cds) |
| 88/07/29 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- **F-83** Sheshank Seafoods Private Ltd. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-05973 TJH (Bx) and **F-84** Surinder Singh Ahluwalia, et la. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 87-03916 TJH (Bx) -- Notified involved judges and clerks (rh) |
| 88/08/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **F-85** Narendra R. Desai, et al. v. Pan American World Airways, Inc., C.D. California, C.A. No. CV-88-02999 TJH -- Notified involved counsel and judges (rh) |
| 88/08/25 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **F-85** Narendra R. Desai, et al. v. Pan American World Airways, Inc., C.D. California, C.A. No. CV88-02999-TJH -- Notified involved judges and clerks  (cds) |
| 88/10/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **G-95** Hansa Joshi v. Pan American World Airways, Inc., W.D. Oklahoma, C.A. No. CIV-88-1466-P -- NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |
| 88/11/01 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **G-95** Hansa Joshi v. Pan American World Airways, Inc., W.D. Oklahoma, C.A. No. CIV-88-1466-P -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 89/02/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **G-96** Shaily J. Raval v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 88-05323 CBM(Tx) -- Notified involved counsel and judges (rh) |
| 89/02/24 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **C-96** Shaily J. Raval v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 88-05323-CBM(TF) -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 724 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT AT KARACHI INTERNATIONAL AIRPORT ON SEPTEMBER 5, 1986

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 26, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 7, 1987 | TO | Unpublished | S.D. New York | John E. Sprizzo | |

Special Transferee Information

DATE CLOSED: _____

PAL FORM 1
DOCKET NO. 718  724  --

LISTING OF INVOLVED ACTIONS
IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT
AT KARACHI INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Deepak C. Mehra v. Pan American World Airways, Inc. et al. | N.Y.,E. Korman | 86-Civ-4174 (ERK) | 4/7/87 | 87-2987 | | |
| A-2 | Mary Mulloor, et al. v. Pan American World Airways, Inc. | Tex.,S. Hittner | H-86-4514 | 4/7/87 | 87-2988 | 5/3/89 D | |
| A-3 | Pretty George, et al. v. Pan Am World Airways, etc. | Cal.,C. Hatter | 87-0167  TJH | 4/7/87 | 87-2989 | | |
| A-4 | Dilap Joshi v. Pan American World Airways, Inc., et al. [LOW # CASE] | N.Y.,S. Sprizzo | 86-Civ-8469 (JES) | NTN | | | |
| A-5 | Lajpat Rai Jasuja v. Pan American World Airways, Inc. | N.Y.,S. Wyatt Sprizzo | 86-Civ-8808 (IBW) | NTN | | 4/28/89 D | |
| A-6 | Nadya Hussain, etc. v. Pan American World Airways, Inc. | N.Y.,S. Sprizzo | 87-Civ-0348 | NTN | | 10/23/90 D | |
| A-7 | Ganga Bahn, etc. v. Pan American World Airways, Inc. | N.Y.,S. Sprizzo Leval | 87-Civ-0547 | NTN | | | |
| A-8 | Faraidoon Oshtory v. Pan American World Airways, Inc., et al. | Cal.,C. Hatter | 87-00867 (JHX) TJH | 4/7/87 | 87-2990 | | |
| A-9 | Avani B. Shah, et al. v. Pan American World Airways, Inc. | Cal.,C. Hatter | 87-01296 (Px) TJH | 4/7/87 | 87-2991 | | |
| A-10 | Preeti Bhuva, et al. v. Pan American World Airways, Inc. | Cal.,C. Hatter | 87-01468 (Tx) TJH | 4/7/87 | 87-2992 | | |

IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT

DOCKET NO. 724 ~~773~~ -- AT KARACHI INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Ajay Patel, et al. v. Pan American World Airways, Inc. | Cal.,C. Hatter | 87-01295 (Tx) TJH | 4/7/87 | 87-2993 | | |
| A-12 | Arun Athavale v. Pan American World Airways, Inc. | Cal.,C. Hatter | 87-00906 TJH (Bx) | 4/7/87 | 87-2994 | 4/20/89 D | |
| A-13 | Prabu N. Manghani, et al. v. Pan American World Airways, Inc. | Cal.,C. Hatter | 87-00905 TJH | 4/7/87 | 87-2995 | 4/25/89 D | |
| A-14 | Manjula S. Patel, et al. v. Pan American World Airways, Inc. | Cal.,C. Hatter | 87-00979 TJH | 4/7/87 | 87-2996 | | |
| A-15 | Thakorbhai Patel, et al. v. Pan American World Airways, Inc. | Cal.,C. Hatter | 87-01883 (Kx) TJH | 4/7/87 | 87-2997 | 4/20/89 D | |
| A-16 | Brigadier P.L. Handa, et al. v Pan American World Airways, Inc. | Cal.,C. Hatter | 87-00904 TJH (Bx) | 4/7/87 | 87-2998 | 4/25/89 D | |
| A-17 | Rekha P. Kumar, et al. v. Pan American World Airways, Inc. | Cal.,C. Hatter | 87-00902 TJH (Bx) | 4/7/87 | 87-2999 | ~~////~~ | |
| A-18 | Siddartha Reddy, etc. v. Pan American World Airways, Inc. | Cal.,C. Hatter | 87-01586 (TJH) | 4/7/87 | 87-3000 | | |
| B-19 | Sumit Bhandari, et al. v. Pan American World Airways, Inc., et al. 4-15-87 | E.D. NY Korman | CV-87-0473 | 5-1-87 | 87-3098 | | |
| B-20 | Nilay Shah, et al. v. Pan American World Airways, Inc., et al. 4-15-87 | E.D. NY Korman | CV-87-0671 | 5-1-87 | 87-3099 | 4/20/89 D | |
| B-21 | Heena Parikh v. Pan American World Airways, Inc., et al. 4-15-87 | E.D. NY Korman | CV-87-0672 | 5-1-87 | 87-3100 | | |

DOCKET NO. 724 -- In re Hijacking of Pan American World Airways, Inc. Aircraft At Karachi International Airport, Pakistan, on September 5, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-22 | Urmila Parikh v. Pan American World Airways, Inc., et al. 4-15-87 | E.D. NY Korman | CV-87-0673 | 5-1-87 | 87-3101 | | |
| B-23 | Nilima Shah v. Pan American World Airways, Inc., et al. 4-15-87 | E.D. NY Korman | CV-87-0674 | 5-1-87 | 87-3102 | | |
| B-24 | Catherine Dumas v. Pan American World Airways, Inc., et al. 4-15-87 | E.D. NY Korman | CV-87-0915 | 5-1-87 | 87-3103 | | |
| B-25 | Shakuntala P. Sanchala v. Pan American World Airways Inc., et al. 4-15-87 | E.D. NY Korman | CV-87-0916 | 5-1-87 | 87-3104 | | |
| B-26 | Jyotsna Bhandari v. Pan American World Airways Inc., et al. 4-15-87 | E.D.NY Korman | CV-87-0470 | 5-1-87 | 87-3105 | | |
| B-27 | Sharon Bhandari, et al. v. Pan American World Airways Inc., et al. 4-15-87 | E.D. NY Korman | CV-87-0472 | 5-1-87 | 87-3106 | | |
| B-28 | Yashwant S. Bhandari v. Pan American World Airways, Inc., et al. 4-15-87 | E.D.NY Korman | CV-87-0471 | 5-1-87 | 87-3107 | | |
| B-29 | Sadanand Singh, et al. v. Pan American World Airways, Inc., et al. 4-15-87 | S.D.Cal. Enright | 87-0246-E(IEG) | 5-1-87 | 87-3108 | | |
| B-30 | Dorothy Peddi v. Pan American World Airways, Inc., et al., 4-15-87 | C.D.Cal. Byrne | 87-209WMB (GX) | 5-1-87 | 87-3109 | ~~⬤~~ | |
| B-31 | Hemant Udeshi, et al. v. Pan American World Airways, Inc. 4-15-87 | C.D. Cal. Hatter | 87-0903 R̶J̶K̶(̶K̶)̶X̶ TJH (Bx) | 5-1-87 | 87-3110 | | |

DOCKET NO. 724 -- IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT AT KARACHI INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-32 | Hara Gopal, et al. v. Pan American World Airways, Inc., et al. 4/28/87 | C.D.Cal. Hatter | CV-87-964-TJH (Bx) | 5/14/87 | 87-3001 | 1/08/91D | |
| B-33 | Shyam Prasad Alturi, v. Pan American World Airways, Inc, et. al. 4/28/87 | C.D. Cal. Tevrizian | 87-01912 DT (Tx) | 5/14/87 | | 4/20/89D | |
| B-34 | Bakul Shah, et al. v. Pan American World Airways, Inc. et al. 4/28/87 | C.D. Cal. Keller | 87-01988 WDK (Px) | 5/14/87 | 87-3001 | | |
| B-35 | Orlando Campos v. Pan American World Airways, Inc., et al. 4/28/87 | C.D. Cal. Letts | 87-02046 JSL (Px) | 5/14/87 | | 4/20/89D | |
| B-36 | Amtulla Liva Ebrahim v. Pan American World Airways, Inc., et al. 4/28/87 | C.D. Cal. Hauk | 87-02044 AAH (Tx) | 5/14/87 | | 4/20/89D | |
| B-37 | Sanjay Patel, etc. v. Pan American World Airways, Inc., et al. 4/28/87 | C.D. Cal. Whelan | 87-02022 FW | 5/14/87 | | 6/16/88D | |
| B-38 | Aisha Begum, et al. v. Pan American World Airways, Inc., etc. 4/28/87 | C.D.Cal. Keller | 87-02042 WDK (JR) | 5/14/87 | | | |
| B-39 | Savithri Bhat v. Pan American World Airways, Inc, et al. 4/28/87 | C.D. Cal. Ferandez | 87-01987 FFF (Bx) | 5/14/87 | | | |
| B-40 | Joseph Dawson, et al. v. Pan American World Airways, Inc., et al. 4/28/87 | C.D. Cal. Hupp | 87-01882 HLH (Px) | 5/14/87 | | 4/25/89D | |

JPML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p. 5

DOCKET NO. 724 -- IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT AT KARACHI
INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-41 | A. Rajasimha v. Pan American World Airways, Inc., et al. 4-29-87 | C.D.Cal. Hupp | 87-02143 HLH (JRx) | 5/15/87 | 87- 31 | 4/20/89 D | |
| B-42 | Kyshore Murthy v. Pan American World Airways, Inc., et al. 4-29-87 | C.D.Cal. Real | 87-02072 R | 5/15/87 | 8    2 | | |
| B-43 | Ganesh Hedge, et al. v. Pan American World Airways, Inc., et al. 4-29-87 | C.D.Cal. Byrne | 87-02073 WMB (Kx) | 5/15/87 | 87-31/ | 4/25/89 D | |
| B-44 | Suhail Ahmed v. Pan American World Airways, Inc., et al. 4-29-87 | C.D.Cal. Pfaelzer | 87-02074 MRP (Tx) | 5/15/87 | 8     0 | 11/30/89 D | |
| B-45 | Gayatri Dave, et al. v. Pan American World Airways, Inc., et al. 5-12-87 | C.D.Cal. Rymer | 87-2278 PAR (Tx) | 5/28/87 | 87-3975 | | |

July 1987 - 41 TR / 4 XYZ / 45 Pending

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C-46 | Shekhar Mitra, et al. v. Pan American World Airways, Inc., et al. 6-24-87 | C.D.Cal. Hatter | 87-01925 TJH (Px) | 7/10/87 | 87-5145 | | |
| C-47 | Nayan Pancholi v. Pan American World Airways, Inc. 7-2-87 | Ill.,N. Aspen | 87-C-4828 | 7/20/87 | 87-5628 | | |
| C-48 | Ranjanben Patel, et al. v. Pan American World Airways, Inc., et al. 9-28-87 | C.D. Cal. Rafeedie | 87-03999 ER (Bx) | 10/14/87 | 87-7488 | | |
| C-49 | Jasmine Asher, et al. v. Pan American World Airways, Inc., et al. 9-28-87 | C.D. Cal. Ideman | 87-04588 JMI (Bx) | 10/14/87 | 87-7489 | | |
| C-50 | Khanjan Dalal, et al. v. Pan American World Airways, Inc., et al. 9-28-87 | C.D. Cal. Takasugi | 87-04589 RMT (GHKx) | 10/14/87 | 87-7490 | | |
| XYZ-51 | Aarif Gulamani, et al. v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 87 Civ 6463 | — | | | |
| XYZ-52 | Shainaz Bhatia Gulamani, et al. v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 87 Civ 6462 | — | | | |

DOCKET NO. 724 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-53 | Tulsibhi Atmaram Datania v. Pan Am World Airways, Inc., et al. | S.N.Y. | 87 Civ 6733 | | | 4/20/89 D | |
| XYZ-54 | Dharmendra C. Shah v. Pan American World Airways, Inc., et al. | S.N.Y. | 87 Civ 6724 | | | 4/20/89 D | |
| XYZ-55 | Paresha Shah v. Pan American World Airways | S.N.Y. | 87 Civ 6732 | | | 7/23/90 D | |
| XYZ-56 | Vishal Patel, etc. v. Pan American World Airways, Inc., et al. | S.N.Y. | 87 Civ 6755 | | | | |
| XYZ-57 | Parita Patel v. Pan American World Airways, Inc. | S.N.Y. | 87 Civ 6756 | | | | |
| C-58 | Nanubhai Vyas, et al. v. Pan American World Airways, Inc., et al. 11-6-87 | C.D.Cal. Hatter | 87-05412-TJH (Bx) | 11/24/87 | 87-9009 | | ) |
| C-59 | Ali Hashim Rizvi, et al. v. Pan American World Airways, Inc., et al. 11-6-87 | C.D.Cal. Hatter | 87-05594-TJH (Bx) | 11/24/87 | 87-9010 | | |
| C-60 | Hardayal Mehta, et al. v. Pan American World Airways, Inc., et al. 11-6-87 | C.D.Cal. Hatter | 87-05858-TJH (Bx) | 11/24/87 | 87-9011 | 4/25/89 D | |
| C-61 | Krishnaveni Thanikaimoni, et al. v. Pan American World Airways, Inc., et al. 11-6-87 | C.D.Cal. Hatter | 87-05890-TJH (Tx) | 11/24/87 | 87-9012 | | |
| C-62 | Syed Hamid, et al. v. Pan American World Airways, Inc., et al. 11-6-87 | C.D.Cal. Hatter | 87-05914-TJH (Bx) | 11/24/87 | 87-9013 | | |
| C-63 | Malik Netrakanti, et al. v. Pan American World Airways, Inc., et al. 11-6-87 | C.D.Cal. Hatter | 87-05925-TJH (Bx) | 11/24/87 | 87-9014 | | |
| C-64 | Mohammad Tariq, et al. v. Pan American World Airways, Inc., et al. 11-6-87 | N.D.Ohio Krenzler | C87-2395 | 11/24/87 | 87-9015 | 8/3/88 D | |

DOCKET NO. 724 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-65 | Madhu Dave, et al. v. Pan American World Airways, Inc. 11/19/87 | W.D.Okla Phillips P | CIV-87-1809- | 12-7-87 | 87-9107 JES | | |
| C-66 | Nagin Patel, et al. v. Pan American World Airways, Inc., et al. 12/1/87 | C.D.Cal. Hatter | 87-05844-TJH (Bx) | 12-17-87 | 87-9108 JES | | |
| C-67 | Dr. Ramesh V. Bhat v. Pan American World Airways, Inc., et al. 12/3/87 | C.D.Cal. Hatter | 87-05665 | 12-21-87 | 87-9268 | | |
| C-68 | Mazherullah Baig, et al. v. Pan American World Airways, Inc., et al. 12/21/87 | C.D.Cal Kenyon | CV-87-05876 KN(Kx) | 1-6-88 | 88-0299 | | |
| C-69 | Bakul Shah, et al. v. Pan American World Airways, Inc., et al. 12/21/87 | C.D.Cal Hatter | CV-87-05974 TJH(Bx) | 1-6-88 | 88-0300 | 12/29/89 D | |
| C-70 | Vinod Dave, et al. v. Pan American World Airways, Inc., et al. 1-12-88 | C.D.Cal. Hatter | 87-0661-R | 1-28-88 | 88-0929 | | |
| C-71 | **Shikha Mittra, et al. v. Pan American World Airways, Inc., et al.** 3-4-88 | **Mich.E. Hackett** | 88-CV-70197 DT | 3/22/88 | 88-2224 | 4/18/89 D | |
| XYZ-72 | Radica Sookhai Methani, et al. v. Pan American World Airways, Inc. | S.D.N.Y. | 88 Civ 0395 | | | 7/21/89 D | |
| XYZ-73 | Zafer Khan, et al. v. Pan American World Airways, Inc. | S.D.N.Y. | 88 Civ 0724 | | | 7/20/88 D | |
| XYZ-74 | Gautam Dasgupta v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 1281 | | | | |
| D-75 | Kusum Naik, et al. v. Pan American World Airways, Inc., et al. 4/25/88 | C.D.Cal. Hatter | CV-87-04833 RSWL(Bx) | 5/11/88 | 88-3483 | | |
| D-76 | Susan Kurian, etc. v. Pan American World Airlines, et al. 5-4-88 | N.D.Ill. Kocoras | 88-C-2828 | 5/20/88 | 88-3629 | | |

DOCKET NO. 724 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-77 | Shairaz Gulamani, et al. v. Pan American world Airways, Inc., et al. | S.N.Y. | 87-6462 | #53 | | | |
| XYZ-78 | Foureena Sultan v. Pan Am | S.N.Y. | 87Civ 3520 | | | | |
| XYZ-79 | Panchi Darji v. Pan Am | S.N.Y. | 88Civ 0288 | | | | |
| | July 1988 - 21 /13 ×12/ 78 pending | | | | | | |
| E-80 | Meenu Sundareson, etc. v. Pan American World Airways, et al. 5/26/88 | N.D.Ill. Moran | 88-C-2827 | 6/13/88 | 88-4273 | 7/02/91 D | |
| E-81 | Anna Kurumthottathil, et al. v. Pan American World Airways, et al. 5/26/88 | N.D.Ill. Hart | 88-C-3713 | 6/13/88 | 88-4274 | 3/92 D | |
| E-82 | Bashir Amin v. Pan American World Airways, Inc. 5/26/88 | W.D.N.Y. Curtin | CIV-88-0384C | 6/13/88 | 88-4275 | | |
| | July 1988 - 24 /13 ×12/82 Pending | | | | | | |
| F-83 | Sheshank Seafoods Private Ltd. v. Pan American World Airways, et al. 7/13/88 | C.D.Cal. Hatter | 87-05973 TJH (Bx) | 7-29-88 | 88-6571 | | |
| F-84 | Surinder Singh Ahluwalia, et al. v. Pan American World Airways, Inc., et al. 7/13/88 | C.D.Cal. Hatter | 87-03916-TJH (Bx) | 7-29-88 | 88-6570 | 11/30/89 D | |
| F-85 | Narendra R. Desai, et al. v. Pan American World Airways, Inc. 8-4-88 | C.D.Cal. Hatter | CV-88-02999 TJH | 8/25/88 | 88-6018 | | |
| XYZ-86 | Heinz Loehr v. Pan American World Airways, Inc., et al. | S.N.Y. | 88 Civ 5254 | | | 6/21/90 D | |
| XYZ-87 | Herbert Keller v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 5251 | | | 6/21/90 D | |

DOCKET NO. 724 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-88 | John T. Harper v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 5250 | | | | |
| XYZ-89 | Michele Colombo v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 5473 | ✓ | | 7/5/89 D | |
| XYZ-90 | Alessandra Bettolo v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 5474 | ✓ | | 7/5/89 90 | |
| XYZ-91 | Edessaryvalapp Unnikrishnan, et al. v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 5828 | ✓ | | | |
| XYZ-92 | Mona Patel v. Pan American World Airways, Inc., etd. | S.D.N.Y. | 88 Civ 5693 | | | | |
| XYZ-93 | Indira M. Popat, et al. v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 5841 | | | 6/4/90 D | |
| XYZ-94 | Kusum Naik, et al. v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 6126 | | | 7/03/90 D | |
| G-95 | Hansa Joshi v. Pan American World Airways, Inc.  10/14/88 | W.D.Okla. Phillips | CIV-88-1466-P | 11/1/88 | 88-8013 | | |
| G-96 | Shaily J. Raval v. Pan American World Airways, Inc., et al. 2-8-89 | C.D.Cal. Marshall | 88-05323-CBM(TF) | 2/24/89 | 89-1484 | | |

July 1989 - 5 TR/9 XYZ/20 Dis/.76 Pending
July 1990 - 10 Dis/66 Pending
July 1990 - 6 Dism/

DOCKET NO. __724__ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-97 | Khalid v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 4175 | | | | |
| XYZ-98 | Darji v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 4240 | | | | |
| XYZ-99 | Mahmood v. Pan American World Airways, Inc., et al. | S.D.N.Y. | 88 Civ 4314 | | | | |
| XYZ-100 | Harper v. Pan American World Airways | S.D.N.Y. | 88-5250 | | | | |

*(handwritten annotations:)* July 1992 6 Dismissals / July 1992 4 dis /4 XYZ/ 6 Pending / Sept 2 dis/ 2 pending / RE XYZ-100

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 724 -- IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT

AT KARACHI   INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

(REVISED 4/22/87)

DEEPAK C. MEHRA (A-1)
DILAP JOSHI      (A-4)
Marc S. Moller, Esquire
Kreindler & Kreindler
100 Park Avenue
New York, New York  10017

MARY MULLOOR, ET AL.  (A-2)
William T. Liddell, Esquire
Parkwest Tower One
2500 City West Blvd., Ste. 670
Houston, Texas  77042

PRETTY GEORGE, ET AL  (A-3)
Moses Lebovits, Esquire
Lebovits & David
2049 Century Park East, Suite 3100
Los Angeles, California  90067

LAJPAT RAI JASUJA  (A-5)
Lipsig, Sullivan & Liapakis, P.C.
100 Church Street
New York, New York  10007

PAN AMERICAN WORLD AIRWAYS, INC.,
PAN AMERICAN WORLD SERVICES, INC.
Edward C. DeVivo, Esquire
Windels, Marx, Davies & Ives
156 West 56th Street
New York, New York  10019

NADYA HUSSIAN, ETC.  (A-6)
Rheingold & Golomb, P.C.
113 East 37th Street
New York, New York  10016

GANGA BAHN, ETC.  (A-7)
H. Johannes Galley, Esquire
Stern & Galley
1375 Broadway
New York, New York  10018

FARAIDOON OSHTORY         (A-8)
ARUN ATHAVALE         (A-12)
PRABU N. MANGHANI, ET AL  (A-13)
MANJULA S. PATEL, ET AL  (A-14)
THAKORBHAI PATEL, ET AL.  (A-15)
BRIGADIER P.L. HANDA, ET AL. (A-16)
REKHA P. KUMAR, ET AL.  (A-17)
SIDDARTHA REDDY, ETC.   (A-18)
James G. Bulter, Esq.
Butler, Dan, Allis & Reback
626 Wilshire Boulevard
Suite 914
Los Angeles, California  90017

AVANI B. SHAH, ET AL.  (A-9)
PREETI BHUVA, ET AL.   (A-10)
AJAY PATEL, ET AL.     (A-11)
Daniel C. Cathcart, Esquire
Magana, Cathcart, McCarthy & Pierry
1801 Avenue of the Stars, Suite 810
Los Angeles, California  90067

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __724__ -- IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT
AT KARACHI, INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

---

SUMIT BHANDARI, ET AL.    (B-19)
NILAY SHAH, ET AL.        (B-20)
HEENA PARIKH              (B-21)
ORMILA PARIKH             (B-22)
NILIMA SHAH               (B-23)
CATHERINE DUMAS           (B-24)
SHAKUNTALA P. SANCHALA    (B-25)
JYOTSNA BHANDARI          (B-26)
SHARON BHANDARI, ET AL.   (B-27)
YASHWANT S. BHANDARI      (B-28)
Marc S. Moller, Esquire
 (Same as A-1 & A-2)

SADANAND SINGH, ET AL.   (B-29)
Elizabeth A. Smith, Esquire
Seltzer, Caplan, Wilkins & McMahon
3003 Fourth Avenue
San Diego, California  92103

DOROTHY PEDDI,   (B-30)
Said M. Sharif, Esquire
1019 North Avalon Boulevard
Wilmington, California  90744

HEMANT UDESHI  (B-31)
James G. Butler, Esquire
Butler, Dan, Allis & Reback
626 Wilshire Blvd, Ste. 91
Los Angeles, California  90017

ALERT MANAGEMENT CORPORATION, (deft.
B-29)
(Unable to determine counsel or address)

HARA GOPAL, ET AL.  (pltfs. B-32)
Harold V. Sullivan, II, Esquire
One Manchester Blvd., Ste. 500
Inglewood City Hall
Inglewood, California  90301

GAYATRI DAVE, ETC. (B-45)
 (Same as A-9 thru 11)

BOEING COMPANY  (defts. B-32)
BOEING COMMERICIAL AIRPLANE CO.
B.F. GOODRICH CORPORATION
(unable to determine counsel
 or addresses)

SHYAM PRASAD ALTURI   (pltf. B-33)
BAKUL SHAH, ET AL     (pltf. B-34)
ORLANDO CAMPOS        (pltf. B-35)
AMTULLA LIVA EBRAHIM  (pltf. B-36)
SAVITHRI BHAT         (pltf. B-39)
JOSEPH DAWSON, ET AL. (pltf. B-40)
James G. Butler, Esquire
Michael A. K. Dan, Esquire
Butler, Dan, Allis & Reback
626 Wilshire Boulevard, Ste. 914
Los Angeles, California  90017

  (same as B-31)

SANJAY PATEL, ETC. (pltf. B-37)
AISHA BEGUM, ET AL. (pltf. B-38)
  (same as A-9)

A. RAJASIMHA  (B-41)
KYSHORE MURTHY  (B-42)
GANESH HEDGE, ET AL.  (B-43)
SUHAIL AHMED           (B-44)

Michael A. K. Dan, Esquire
(Same as A-8)

SHEKHAR MITRA, ET AL. (C-46)
James G. Butler, Esq.
(same as B-33 above)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 724 __IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT
AT KARACHI, INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

---

NAYAN PANCHOLI        (C-47)
James Reidy, Esquire
James Reidy, Ltd.
221 N. LaSalle Street, Suite 2000
Chicago, Illinois  60601

Gerald M. Chapman, Esquire
29 S. LaSalle St., Ste. 329
Chicago, Illinois  60602

RANJANBEN PATEL, ET AL. (C-48)
JASMINE ASHER, ET AL. (C-49)
KHANJAN DALAL, ET AL. (C-50)
Daniel C. Cathcart, Esq.
(Same As A-9)

NANUBHAI VYAS, ET AL. (C-58)
ALI HASHIM RIZVI, ET AL. (C-59)
HARDAYAL MEHTA, ET AL. (C-60)
KRISHNAVENI THANIKAIMONI, ET AL. (C-61)
MALIK NETRAKANTI, ET AL. (C-63)
James G. Bulter, Esq.
(Same As A-8)

SYED HAMID, ET AL. (C-62)
Christopher Granville-Mathews, Esq.
Law Office of Robert D. Walker
One Park Plaza, Suite 1600
3250 Wilshire Boulevard
Los Angeles, California  90010

MOHAMMAD TARIQ, ET AL. (C-64)
Blaine S. Schwartz, Esq.
Mesch & Epstein
3570 Warrensville Center Road
Shaker Heights, Ohio  44122

MADHU DAVID, ET AL. (C-65)
John W. Norman, Esq.
John W. Norman, Inc.
Renaissance Centre East
127 NW 10th Street
Oklahoma City, Oklahoma 73103-4903

NAGIN PATEL, ET AL. (C-66)
Daniel C. Cathcart, Esq.
(Same As A-9)

DR. RAMESH V. BHAT (C-67)
Daniel C. Cathcart, Esq.
(Same as A-9)

MAZHERULLAH BAIG, ET AL. (C-68)
BAKUL SHAH, ET AL. (C-69)
Harold V. Sullivan, II, Esq.
Previously listed (B-32)

VINOD DAVE, ET AL. (C-60)
Daniel C. Cathcart, Esq.
(Same As A-9)

SHIKHA MITTRA, ET AL.  (C-71)
Michael S. Hohauser, Esquire
Googasian, Hopkins, Rogers,
  Hohauser & Forhan
300 E. Long Lake Road, Suite 380
Bloomfield Hills, Michigan  48013

KUSUM NAIK, ET AL. (D-75)
Harold V. Sullivan, II, Esquire
One Manchester Boulevard
Suite 500, Inglewood City Hall
Inglewood, California  90301    B-32

BOEING COMPANY (Defts. in D-75)
BOEING COMMERICIAL AIRPLANE CO.
B.F. GOODRICH CORPORATION
John N. Romans, Esquire
Curtis, Mallet, Prevost, Colt & Mosle
101 Park Avenue
New York, New York  10178-0061

SUSAN KURIAN, ETC. (D-76)
Same as C-47

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. __724__ -- _____

MEENU SUNDARESON, ETC. (E-80)
ANNA KURUMTHOTTATHIL, ET AL. (E-81)
James J. Reidy, Esq.
(SAME AS C-47)

BASHIR AMIN (E-82)
Michael J. Skoney, Esq.
Lewis & Lewis
800 Cathedral Park Tower
37 Franklin Street
Buffalo, New York 14202

SHESHANK SEAFOODS PRIVATE LIMITED,
  KASARKOD (F-83)
Harold V. Sullivan, II
(same as B-32)

SURINDER SINGH AHLUWALIA, ET AL.
  (F-84)
James G. Butler, Esq.
(see page 1) A-8

NARENDRA R. DESAI, ET AL. (F-85)
Daniel C. Cathcart, Esquire
(See page 1)

HANSA JOSHI (G-95)
Emmanuel E. Edem, Esquire
John W. Norman, Inc C-65
1X1XX 10th Street
Oklahoma City, OK 73103-4903

SHAILY J. RAVAL (G-96)
(See page 1) A-9

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __724__ -- IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT AT KARACHI INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

| Name of Party | Named as Party in Following Actions |
|---|---|
| PAN AMERICAN WORLD AIRWAYS, INC. | C-57, C-58, C-59, C-60, 61, 62, 63, 64, C-65, C-66, C-67, C-68, C-69, C-70, C-74, U-75, D-76, E-80, E-81, E-82, F-83, F-84, F-85, G-85, G-86 |
| PAN AMERICAN WORLD SERVICES, INC. | C-66, C-67, C-68, C-69, C-70, C-74, D-75, D-76, E-80, E-81, F-84, G-86 |
| ALERT MANAGEMENT CORP. | D-24, |
| THE BOEING COMPANY | B-32, C68 C69, C-75, D-75, F-83 |
| THE BOEING COMMERCIAL AIRPLANE COMPANY | B-32, C68 C69, C-75 F-83 |
| B.F. GOODRICH CORP. | B-32, C68 C69, C-75 F-83 |
| | |
| | |
| | |
| | |
| | |