JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR -7 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 724

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HIJACKING OF PAN AMERICAN WORLD AIRWAYS, INC. AIRCRAFT AT KARACHI INTERNATIONAL AIRPORT, PAKISTAN, ON SEPTEMBER 5, 1986

TRANSFER ORDER*

   This litigation presently consists of eighteen actions pending in four federal districts: twelve actions in the Central District of California; four actions in the Southern District of New York; and one action each in the Eastern District of New York and Southern District of Texas.1/  Before the Panel is a motion by Pan American World Airways, Inc. (Pan Am), pursuant to 28 U.S.C. §1407, to centralize this litigation in the Southern District of New York for coordinated or consolidated pretrial proceedings. Plaintiffs in two actions pending in the Southern District of New York and in one action pending in the Eastern District of New York support the motion. Plaintiffs in two of these actions alternatively suggest the Eastern District of New York as transferee forum. The California plaintiffs oppose centralization. Alternatively, the California plaintiffs as well as plaintiffs in several potential tag-along actions suggest centralization in the Central District of California. The Texas plaintiffs also support centralization in the Central District of California.

   On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Southern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. This litigation arises out of the terrorist attack and hijacking of Pan Am Flight 73 on September 3, 1986, at Karachi International Airport (Karachi), Pakistan, in which 21 persons died and over 100 persons were injured. Enroute from Bombay, India to New York, Flight 73 was seized on the ground at Karachi. The factual questions shared among the actions concern, inter alia, Pan Am's

---

\*   Judge Louis H. Pollak took no part in the consideration of this matter.

1/   The motion before the Panel, as originally filed on January 29, 1987, pertained to seven actions: four actions in the Southern District of New York; and one action each in the Central District of California, Eastern District of New York and Southern District of Texas. The other eleven California actions are included in the matter before us because all parties to those actions have stated in writing their respective positions on the present motion and participated in oral argument at the Panel's March 26th hearing. In addition, the Panel has been advised of several recently filed related actions. These actions will be treated as potential tag-along actions. See Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

security precautions at Karachi. Transfer under Section 1407 will avoid duplication of discovery, prevent inconsistent pretrial rulings and conserve the resources of the parties, their counsel and the judiciary.

None of the forums suggested by the parties as potential transferee district could be characterized as the nexus of this litigation involving a foreign air disaster. Although we recognize that several witnesses may be located in California, we are, on balance, persuaded that a New York forum is preferable. We note that witnesses and relevant documents can likely be found at Pan Am's headquarters and flight operations center in New York City. We note that survivors of the incident, who may be witnesses, are located throughout the world. As between the Southern and Eastern Districts of New York, we find that either district would be an appropriate transferee forum. We select the former.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the following Schedule A and pending in districts other than the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable John E. Sprizzo for coordinated or consolidated pretrial proceedings with actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-724 -- In re Hijacking of Pan American World Airways, Inc. Aircraft at Karachi International Airport, Pakistan, on September 5, 1986

Eastern District of New York

Deepak C. Mehra v. Pan American World Airways, Inc., et al., C.A. No. 86-Civ-4174 (ERK)

Southern District of Texas

Mary Mulloor, et al. v. Pan American World Airways, Inc., C.A. No. H-86-4514

Central District of California

Pretty George, et al. v. Pan Am World Airways, etc., C.A. No. 87-0167 TJH (Bx)
Faraidoon Oshtory v. Pan American World Airways, Inc., et al., C.A. No. 87-00867 (JRX) TJH
Avani B. Shah, et al. v. Pan American World Airways, Inc., C.A. No. 87-01296 (Px) TJH
Preeti Bhuva, et al. v. Pan American World Airways, Inc., C.A. No. 87-01468 (Tx) TJH
Ajay Patel, et al. v. Pan American World Airways, Inc., C.A. No. 87-01295 (Tx) TJH
Arun Athavale v. Pan American World Airways, Inc., C.A. No. 87-00906 TJH (Bx)
Prabu N. Manghani, et al. v. Pan American World Airways, Inc., C.A. No. 87-00905 TJH
Manjula S. Patel, et al. v. Pan American World Airways, Inc., C.A. No. 87-00979 TJH
Thakorbhai Patel, et al. v. Pan American World Airways, Inc., C.A. No. 87-01883 (Kx) TJH
Brigadier P.L. Handa, et al. v Pan American World Airways, Inc., C.A. No. 87-00904 TJH (Bx)
Rekha P. Kumar, et al. v. Pan American World Airways, Inc., C.A. No. 87-00902 TJH (Bx)
Siddartha Reddy, etc. v. Pan American World Airways, Inc., C.A. No. 87-01586 (TJH)

Southern District of New York

Dilap Joshi v. Pan American World Airways, Inc., et al., C.A. No. 86-Civ-8469 (JES)
Lajpat Rai Jasuja v. Pan American World Airways, Inc., C.A. No. 86-Civ-8808 (IBW)
Nadya Hussain, etc. v. Pan American World Airways, Inc., C.A. No. 87-Civ-0348 (JES)
Ganga Bahn, etc. v. Pan American World Airways, Inc., C.A. No. 87-Civ-0547 (JES)